### S91O0103. MOORE v. HICKS.
(398 SE2d 577)

BENHAM, Justice.

This is a petition for writ of mandamus filed as an original action in the court, and, under *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), must be dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED OCTOBER 31, 1990.

*James Claude Moore, pro se.*
*Lewis R. Slaton, District Attorney, for appellee.*